UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br><br>              Plaintiff,<br>  v.<br>YORK INTERNATIONAL CORPORATION,<br><br>              Defendant. | Case No. 5:13-cv-02665-PSG<br><br>**ORDER RE: CASE SCHEDULE**<br><br>**(Re: Docket No. 25)** |

Before the court is a letter from Defendant's counsel requesting clarification on an order granting a stipulation submitted to the court in this case.[1] Pursuant to the stipulation, the parties agreed "that all pre-trial deadlines will stem from the new, trial date." The language of the stipulation does not modify the dispositive motion deadline – that date had passed by the time the stipulation was submitted.[2]

**IT IS SO ORDERED.**

Dated: June 10, 2014

PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 25.

[2] *See* Docket No. 16 at 2 ("Last Day for Dispositive Motion Hearing …10:00 a.m. on May 13, 2014."); *see also* Docket No. 22.

1
Case No. 5:13-cv-02665-PSG
ORDER RE: CASE SCHEDULE