UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ) | Case No. 5:13-cv-02665-PSG |
| ) | |
| Plaintiff, ) | **ORDER TO SHOW CAUSE** |
| v. ) | |
| ) | **(Re: Docket No. 23)** |
| YORK INTERNATIONAL CORPORATION, ) | |
| ) | |
| Defendant. ) | |

The pre-trial conference in this case is presently scheduled for Tuesday, September 2, 2014.[1] Neither party has complied with its pre-trial filing obligations in this case pursuant to the court's standing order.[2] The parties therefore shall show cause in writing by Tuesday, September 2, 2014, at 5 PM why this case should not be dismissed for failure to prosecute. The pre-trial conference is taken off calendar. After receiving the parties' written response, the court will determine whether to maintain the present trial date.

---

[1] *See* Docket No. 23 at 2.

[2] See Docket No. 16 at 2.

    IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Paul S. Grewal (Dec. 2010), a copy of which is available from the Clerk of the Court, with regard to the timing and content of the Joint Pretrial Statement, and all other pretrial submissions.

1

Case No. 5:13-cv-02665-PSG
ORDER TO SHOW CAUSE

IT IS SO ORDERED.

Dated: August 27, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge